**FedExe**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page  001 of  001
Period Beg/End     02/28/2020 - 03/05/2020
Advice Date:       03/12/2020
Advice Number:     50646929
Batch Number:      68609
Employee No:       182285

|         | Exemptions | Addl   | Status |
|---------|------------|--------|--------|
| Fed:    | 1          | $0.00  | Single |
| State:  | 0          | $0.00  |        |

**Irshard Karim**
**5552 N. Lawrence Street**
**Philadelphia, PA  19120**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:   40.00
Basis of Pay:         Hourly
Pay Rate:             16.50

| Gross Pay            | Current   | YearToDate  |
|----------------------|-----------|-------------|
| Wages                | 660.00    | 9425.01     |
| Misc Income/Adj      | .00       | 1043.85     |
| Total Gross Pay      | 660.00    | 10468.86    |
| **Deductions**       |           |             |
| Pre-tax              | 100.27    | 863.96      |
| Taxes                | 126.86    | 2264.70     |
| Additional Deductions| 123.22    | 1780.10     |
| Total Deductions     | 350.35    | 4908.76     |
| NET PAY              | $309.65   | $5,560.10   |
| Federal Earnings     | 559.73    | 9605.30     |
| FICA Earnings        | 559.73    | 9605.30     |

| Wages WkEnding | Type    | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|----------------|---------|----------|-----------|-----------|----------|----------|
| 03/05/20       | Regular | 16.500   |           | 40.00     |          |          |
|                | Total   |          |           | 40.00     | .00      | .00      |

| Misc Income/Adj       | Current | YearToDate |
|-----------------------|---------|------------|
| GTLI Imputed - In     |         | .40        |
| GTLI Imputed - Out    |         | -.40       |
| Salary Pay Adjustmen  |         | 888.62     |
| Vacation Payout       |         | 155.23     |
| **Pre-Tax Deductions**|         |            |
| Boon MVP Plan         | 87.29   | 611.21     |
| Cigna PPO Dental      | 11.19   | 134.26     |
| EyeMed Vision Plan    | 1.79    | 1.79       |
| Health Care FSA       |         | 98.80      |
| Vision Co-pay         |         | 17.90      |
| **Taxes**             |         |            |
| Federal W/H           | 44.68   | 855.07     |
| FICA                  | 34.70   | 595.53     |
| Medicare              | 8.12    | 139.28     |
| PA W/H                | 17.18   | 294.86     |
| PA SUI W/H            | .40     | 6.26       |
| PA, Philadelphia Cit  | 21.78   | 373.70     |
| **Additional Deductions** |     |            |
| PA DOR280946HarrisPA  | 66.00   | 985.66     |
| Vol Employee SUP Lif  | 25.02   | 300.22     |
| Vol Critical Illlnes  | 9.14    | 163.36     |
| Vol Short-Term Disab  | 7.59    | 129.14     |
| MORE...               | 15.47   | 201.72     |

| Benefits       | Accrued | Used  | Balance |
|----------------|---------|-------|---------|
| Personal Time  | 32.00   | 8.00  | 32.00   |
| Sick Time      | 40.00   | 24.00 | 16.00   |

Advice Number:     50646929
Advice Date:       03/12/2020

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| **Irshard Karim**           | XXXXXXXX1527   | 309.65 |

**NON-NEGOTIABLE**

Check Number: 50646929   Check Date: 03/12/20   Employee: 182285 Irshard Karim

FedEx

CONTINUED....

**Deductions**

| Type | Taxable | Non Taxable | YTD |
|---|---|---|---|
| Vol Hospital Planan | $4.95 | $0.00 | $59.40 |
| Legal Services | $4.27 | $0.00 | $51.24 |
| Vol Long-Term Disability | $3.21 | $0.00 | $54.60 |
| Accident Insurance | $3.04 | $0.00 | $36.48 |
| **Totals** | **$15.47** | **$0.00** | **$201.72** |

**FedExe**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End   02/21/2020 - 02/27/2020
Advice Date:     03/05/2020
Advice Number:   50469723
Batch Number:    68406
Employee No:     182285

|         | Exemptions | Addl   | Status |
|---------|------------|--------|--------|
| Fed:    | 1          | $0.00  | Single |
| State:  | 0          | $0.00  |        |

**Irshard Karim**
**5552 N. Lawrence Street**
**Philadelphia, PA  19120**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:   56.00
Basis of Pay:         Hourly
Pay Rate:             16.50

| Gross Pay              | Current   | YearToDate  |
|------------------------|-----------|-------------|
| Wages                  | 1056.00   | 8765.01     |
| Misc Income/Adj        | .00       | 1043.85     |
| Total Gross Pay        | 1056.00   | 9808.86     |
| **Deductions**         |           |             |
| Pre-tax                | 11.19     | 763.69      |
| Taxes                  | 267.92    | 2137.84     |
| Additional Deductions  | 172.62    | 1656.88     |
| Total Deductions       | 451.73    | 4558.41     |
| **NET PAY**            | **$604.27** | **$5,250.45** |
| Federal Earnings       | 1044.81   | 9045.57     |
| FICA Earnings          | 1044.81   | 9045.57     |

| Misc Income/Adj        | Current | YearToDate |
|------------------------|---------|------------|
| GTLI Imputed - In      |         | .40        |
| GTLI Imputed - Out     |         | -.40       |
| Salary Pay Adjustmen   |         | 888.62     |
| Vacation Payout        |         | 155.23     |
| **Pre-Tax Deductions** |         |            |
| Cigna PPO Dental       | 11.19   | 123.07     |
| Boon MVP Plan          |         | 523.92     |
| Health Care FSA        |         | 98.80      |
| Vision Co-pay          |         | 17.90      |
| **Taxes**              |         |            |
| Federal W/H            | 114.63  | 810.39     |
| FICA                   | 64.78   | 560.83     |
| Medicare               | 15.15   | 131.16     |
| PA W/H                 | 32.08   | 277.68     |
| PA SUI W/H             | .63     | 5.86       |
| PA, Philadelphia Cit   | 40.65   | 351.92     |
| **Additional Deductions** |      |            |
| PA DOR280946HarrisPA   | 105.60  | 919.66     |
| Vol Employee SUP Lif   | 25.02   | 275.20     |
| Vol Critical Illlnes   | 14.02   | 154.22     |
| Vol Short-Term Disab   | 11.05   | 121.55     |
| MORE...                | 16.93   | 186.25     |

| Wages   |         | Reg    | Prem   | Reg   | OT    | DT    |
|---------|---------|--------|--------|-------|-------|-------|
| WkEnding | Type   | Rate   | Rate   | Hours | Hours | Hours |
| 02/27/20 | Regular | 16.500 | 24.750 | 40.00 | 16.00 |       |
|         | Total   |        |        | 40.00 | 16.00 | .00   |

| Benefits       | Accrued | Used  | Balance |
|----------------|---------|-------|---------|
| Personal Time  | 32.00   | 8.00  | 32.00   |
| Sick Time      | 40.00   | 24.00 | 16.00   |

---

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

Advice Number:   50469723
Advice Date:     03/05/2020

| Deposited to the account of | Account Number | Amount  |
|-----------------------------|----------------|---------|
| **Irshard Karim**           | XXXXXXXX1527   | 604.27  |

**NON-NEGOTIABLE**

**Check Number:** FedEx 50469725     **Check Date:** 03/05/20     **Employee:** 182285 Irshard Karim

CONTINUED....

## Deductions

| Type | Taxable | Non Taxable | YTD |
|---|---|---|---|
| Vol Hospital Planan | $4.95 | $0.00 | $54.45 |
| Vol Long-Term Disability | $4.67 | $0.00 | $51.39 |
| Legal Services | $4.27 | $0.00 | $46.97 |
| Accident Insurance | $3.04 | $0.00 | $33.44 |
| **Totals** | **$16.93** | **$0.00** | **$186.25** |

**FedExe**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page 001 of 001
Period Beg/End   02/14/2020 - 02/20/2020
Advice Date:     02/27/2020
Advice Number:   50283644
Batch Number:    68226
Employee No:     182285

|          | Exemptions | Addl   | Status |
|----------|------------|--------|--------|
| Fed:     | 1          | $0.00  | Single |
| State:   | 0          | $0.00  |        |

**Irshard Karim**
**5552 N. Lawrence Street**
**Philadelphia, PA  19120**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:   48.00
Basis of Pay:         Hourly
Pay Rate:             16.50

| Gross Pay            | Current  | YearToDate | Misc Income/Adj         | Current | YearToDate |
|----------------------|----------|------------|-------------------------|---------|------------|
| Wages                | 858.00   | 7709.01    | GTLI Imputed - In       |         | .40        |
| Misc Income/Adj      | .00      | 1043.85    | GTLI Imputed - Out      |         | -.40       |
| Total Gross Pay      | 858.00   | 8752.86    | Salary Pay Adjustmen    |         | 888.62     |
| **Deductions**       |          |            | Vacation Payout         |         | 155.23     |
| Pre-tax              | 75.17    | 752.50     |                         |         |            |
| Taxes                | 186.34   | 1869.92    | **Pre-Tax Deductions**  |         |            |
| Additional Deductions| 152.82   | 1484.26    | Boon MVP Plan           | 52.39   | 523.92     |
| Total Deductions     | 414.33   | 4106.68    | Cigna PPO Dental        | 11.19   | 111.88     |
| NET PAY              | $443.67  | $4,646.18  | Health Care FSA         | 9.80    | 98.80      |
| Federal Earnings     | 782.83   | 8000.76    | Vision Co-pay           | 1.79    | 17.90      |
| FICA Earnings        | 782.83   | 8000.76    |                         |         |            |

| Wages     |         | Reg    | Prem   | Reg   | OT    | DT    | Taxes               | Current | YearToDate |
|-----------|---------|--------|--------|-------|-------|-------|---------------------|---------|------------|
| WkEnding  | Type    | Rate   | Rate   | Hours | Hours | Hours | Federal W/H         | 71.45   | 695.76     |
| 02/20/20  | Regular | 16.500 | 24.750 | 40.00 | 8.00  |       | FICA                | 48.54   | 496.05     |
|           |         |        |        |       |       |       | Medicare            | 11.35   | 116.01     |
|           |         |        |        |       |       |       | PA W/H              | 24.03   | 245.60     |
|           | Total   |        |        | 40.00 | 8.00  | .00   | PA SUI W/H          | .51     | 5.23       |
|           |         |        |        |       |       |       | PA, Philadelphia Cit| 30.46   | 311.27     |

**Additional Deductions**

| | Current | YearToDate |
|---|---------|------------|
| PA DOR280946HarrisPA  | 85.80 | 814.06 |
| Vol Employee SUP Lif  | 25.02 | 250.18 |
| Vol Critical Illlnes  | 14.02 | 140.20 |
| Vol Short-Term Disab  | 11.05 | 110.50 |
| MORE...               | 16.93 | 169.32 |

| Benefits       | Accrued | Used  | Balance |
|----------------|---------|-------|---------|
| Personal Time  | 32.00   | 8.00  | 32.00   |
| Sick Time      | 40.00   | 24.00 | 16.00   |

Advice Number:  50283644
Advice Date:    02/27/2020

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| **Irshard Karim**           | XXXXXXXX1527   | 443.67 |

**NON-NEGOTIABLE**

| Check Number: | 50283644 | Check Date: | 02/27/20 | Employee: | 182285 Irshard Karim |
|---|---|---|---|---|---|

FedEx

CONTINUED....

**Deductions**

| Type | Taxable | Non Taxable | YTD |
|---|---|---|---|
| Vol Hospital Planan | $4.95 | $0.00 | $49.50 |
| Vol Long-Term Disability | $4.67 | $0.00 | $46.72 |
| Legal Services | $4.27 | $0.00 | $42.70 |
| Accident Insurance | $3.04 | $0.00 | $30.40 |
| **Totals** | **$16.93** | **$0.00** | **$169.32** |

FedExe

**Earnings Statement**

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

Page 001 of 001
Period Beg/End    02/07/2020 - 02/13/2020
Advice Date:     02/20/2020
Advice Number:   50105988
Batch Number:    68076
Employee No:     182285

|        | Exemptions | Addl   | Status |
|--------|------------|--------|--------|
| Fed:   | 1          | $0.00  | Single |
| State: | 0          | $0.00  |        |

**Irshard Karim**
**5552 N. Lawrence Street**
**Philadelphia, PA 19120**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:  40.00
Basis of Pay:        Hourly
Pay Rate:            16.50

| Gross Pay           | Current   | YearToDate | Misc Income/Adj        | Current | YearToDate |
|---------------------|-----------|------------|------------------------|---------|------------|
| Wages               | 660.00    | 6393.91    | GTLI Imputed - In      |         | .40        |
| Misc Income/Adj     | .00       | 1043.85    | GTLI Imputed - Out     |         | -.40       |
| Total Gross Pay     | 660.00    | 7437.76    | Salary Pay Adjustmen   |         | 888.62     |
| **Deductions**      |           |            | Vacation Payout        |         | 155.23     |
| Pre-tax             | 75.17     | 677.33     | **Pre-Tax Deductions** |         |            |
| Taxes               | 133.53    | 1584.17    | Boon MVP Plan          | 52.39   | 471.53     |
| Additional Deductions | 133.02  | 1331.44    | Cigna PPO Dental       | 11.19   | 100.69     |
| Total Deductions    | 341.72    | 3592.94    | Health Care FSA        | 9.80    | 89.00      |
| NET PAY             | $318.28   | $3,844.82  | Vision Co-pay          | 1.79    | 16.11      |
| Federal Earnings    | 584.83    | 6760.83    |                        |         |            |
| FICA Earnings       | 584.83    | 6760.83    | **Taxes**              |         |            |

| Wages    |         | Reg    | Prem   | Reg    | OT     | DT     |
|----------|---------|--------|--------|--------|--------|--------|
| WkEnding | Type    | Rate   | Rate   | Hours  | Hours  | Hours  |
| 02/13/20 | Regular | 16.500 |        | 40.00  |        |        |
|          | Total   |        |        | 40.00  | .00    | .00    |

| Taxes              | Current | YearToDate |
|--------------------|---------|------------|
| Federal W/H        | 47.69   | 591.95     |
| FICA               | 36.26   | 419.17     |
| Medicare           | 8.48    | 98.03      |
| PA W/H             | 17.95   | 207.54     |
| PA SUI W/H         | .40     | 4.45       |
| PA, Philadelphia Cit | 22.75 | 263.03     |

**Additional Deductions**

| | Current | YearToDate |
|---|---|---|
| PA DOR280946HarrisPA | 66.00 | 728.26 |
| Vol Employee SUP Lif | 25.02 | 225.16 |
| Vol Critical Illlnes | 14.02 | 126.18 |
| Vol Short-Term Disab | 11.05 | 99.45 |
| MORE... | 16.93 | 152.39 |

| Benefits      | Accrued | Used  | Balance |
|---------------|---------|-------|---------|
| Personal Time | 32.00   | 8.00  | 32.00   |
| Sick Time     | 40.00   | 24.00 | 16.00   |

Advice Number:    50105988
Advice Date:      02/20/2020

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| **Irshard Karim**           | XXXXXXXX1527   | 318.28 |

**NON-NEGOTIABLE**

**Check Number:** 50105988  **Check Date:** 02/20/20  **Employee:** 182285 Irshard Karim

FedEx

CONTINUED....

## Deductions

| Type | Taxable | Non Taxable | YTD |
|---|---|---|---|
| Vol Hospital Planan | $4.95 | $0.00 | $44.55 |
| Vol Long-Term Disability | $4.67 | $0.00 | $42.05 |
| Legal Services | $4.27 | $0.00 | $38.43 |
| Accident Insurance | $3.04 | $0.00 | $27.36 |
| **Totals** | **$16.93** | **$0.00** | **$152.39** |

**FedExe**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

Page  001 of  001
Period Beg/End    01/31/2020 - 02/06/2020
Advice Date:     02/13/2020
Advice Number:   49919924
Batch Number:    67919
Employee No:     182285

|       | Exemptions | Addl   | Status |
|-------|------------|--------|--------|
| Fed:  | 1          | $0.00  | Single |
| State:| 0          | $0.00  |        |

**Irshard Karim**
**5552 N. Lawrence Street**
**Philadelphia, PA  19120**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:    39.50
Basis of Pay:          Hourly
Pay Rate:              16.50

| Gross Pay         | Current  | YearToDate |
|-------------------|----------|------------|
| Wages             | 651.75   | 5733.91    |
| Misc Income/Adj   | .00      | 1043.85    |
| Total Gross Pay   | 651.75   | 6777.76    |
| **Deductions**    |          |            |
| Pre-tax           | 75.17    | 602.16     |
| Taxes             | 131.33   | 1450.64    |
| Additional Deductions | 132.20 | 1198.42  |
| Total Deductions  | 338.70   | 3251.22    |
| **NET PAY**       | $313.05  | $3,526.54  |
| Federal Earnings  | 576.58   | 6176.00    |
| FICA Earnings     | 576.58   | 6176.00    |

| Wages WkEnding | Type    | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|----------------|---------|----------|-----------|-----------|----------|----------|
| 02/06/20       | Regular | 16.500   |           | 39.50     |          |          |
|                | Total   |          |           | 39.50     | .00      | .00      |

| Misc Income/Adj       | Current | YearToDate |
|-----------------------|---------|------------|
| GTLI Imputed - In     |         | .40        |
| GTLI Imputed - Out    |         | -.40       |
| Salary Pay Adjustmen  |         | 888.62     |
| Vacation Payout       |         | 155.23     |

| Pre-Tax Deductions    |         |            |
|-----------------------|---------|------------|
| Boon MVP Plan         | 52.39   | 419.14     |
| Cigna PPO Dental      | 11.19   | 89.50      |
| Health Care FSA       | 9.80    | 79.20      |
| Vision Co-pay         | 1.79    | 14.32      |

| Taxes                 |         |            |
|-----------------------|---------|------------|
| Federal W/H           | 46.70   | 544.26     |
| FICA                  | 35.75   | 382.91     |
| Medicare              | 8.36    | 89.55      |
| PA W/H                | 17.70   | 189.59     |
| PA SUI W/H            | .39     | 4.05       |
| PA, Philadelphia Cit  | 22.43   | 240.28     |

| Additional Deductions |         |            |
|-----------------------|---------|------------|
| PA DOR280946HarrisPA  | 65.18   | 662.26     |
| Vol Employee SUP Lif  | 25.02   | 200.14     |
| Vol Critical Illlnes  | 14.02   | 112.16     |
| Vol Short-Term Disab  | 11.05   | 88.40      |
| MORE...               | 16.93   | 135.46     |

| Benefits       | Accrued | Used  | Balance |
|----------------|---------|-------|---------|
| Personal Time  | 32.00   | 8.00  | 32.00   |
| Sick Time      | 40.00   | 24.00 | 16.00   |

Advice Number:    49919924
Advice Date:      02/13/2020

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| **Irshard Karim**           | XXXXXXXX1527   | 313.05 |

**NON-NEGOTIABLE**

Check Number: FedEx 749919924  Check Date: 02/13/20  Employee: 182285 Irshard Karim

CONTINUED....

### Deductions

| Type | Taxable | Non Taxable | YTD |
|---|---|---|---|
| Vol Hospital Planan | $4.95 | $0.00 | $39.60 |
| Vol Long-Term Disability | $4.67 | $0.00 | $37.38 |
| Legal Services | $4.27 | $0.00 | $34.16 |
| Accident Insurance | $3.04 | $0.00 | $24.32 |
| **Totals** | **$16.93** | **$0.00** | **$135.46** |