# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 20-11744-ELF

IRSHARD KARIM

5552 N. LAWRENCE STREET

PHILADELPHIA, PA 19120-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

IRSHARD KARIM

5552 N. LAWRENCE STREET

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

                        /S/ William C. Miller

Date: 6/3/2020                      _____

                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee