United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-11744-elf
Irshard Karim | Chapter 13
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: Adminstra | Page 1 of 3
Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Irshard Karim, 5552 N. Lawrence Street, Philadelphia, PA 19120-2808 |
| 14486947 | + | Angst & Angst PC, 878 Main Street, Harleysville, PA 19438-1619 |
| 14486948 | + | Blatt, Hasenmiller, Leibsker, & Moore, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14486949 | + | Brooke R. Wasibord, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14486950 | + | Demetrios Tsarouhis, 21 S. Ninth Street, Suite 200, Allentown, PA 18102-4861 |
| 14486952 | + | First Select Corporation, 4460 Rosewood, Pleasanton, CA 94588-3038 |
| 14486956 | + | KML Law Group, P.C., BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14486959 | + | PA Department of Revenue, Bureau of Compliance, Lien Section, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14486963 | | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14486966 | + | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3544 |
| 14486968 | + | SANTANDER CONSUMER USA, PO BOX 961212, FORT WORTH, TX 76161-0212 |
| 14486969 | + | SANTANDER CONSUMER USA, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 14486971 | + | SELECT PORTFOLIO SERVICING, INC, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-5007 |
| 14486977 | + | U.S. Bank NA, 9990 Richmond Avenue, Suite 400, Houston, TX 77042-4546 |
| 14496000 | + | U.S. Bank National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14505318 | | U.S. Bank National Association, et al, c/o Selene Finance LP, Attn: Cashiering Department, P.O. Box 71243, Philadelphia, PA 19176-6243 |
| 14489169 | + | U.S. Bank National Association, not in its individ, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14496252 | | US Bank National Association, c/o Robertson, Anschutz, Schneid & Crane, Duluth, GA 30097 |
| 14489554 | + | US Bank National Association,not in its individual, c/o Rebecca A. Solarz Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14486978 | + | Unifund CCR Partners, Inc., David G. Rosenberg, President, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 14498066 | + | Unifund CCR,LLC, Tsarouhis Law Group, 21 South 9th Street, Allentown PA 18102-4861 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 05 2020 03:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14486945 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 05 2020 03:13:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14486946 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 05 2020 03:13:00 | ALLY FINANCIAL, P.O. BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14504214 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2020 02:58:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14517610 | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

Case 20-11744-elf    Doc 31    Filed 11/06/20    Entered 11/07/20 00:45:16    Desc Imaged
Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14486951 | + | Email/Text: csr@fccfinance.com | Nov 05 2020 03:13:00 | FCCFINANCE, PO BOX 795489, DALLAS, TX 75379-5489 |
| 14486954 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 05 2020 03:14:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14506414 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 05 2020 03:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14486957 | + | Email/PDF: cbp@onemainfinancial.com | Nov 05 2020 02:58:52 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14486958 | + | Email/PDF: cbp@onemainfinancial.com | Nov 05 2020 02:57:11 | ONEMAIN FINANCIAL, 61 W CHELTENHAM AVE #L, CHELTENHAM, PA 19012-1412 |
| 14506432 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2020 02:57:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14486965 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2020 03:00:38 | PORTFOLIO RECOVERY ASSOCIATES LLC (P), PO BOX 41067, NORFOLK, VA 23541-1067 |
| 14510640 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2020 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14486970 | + | Email/Text: jennifer.chacon@spservicing.com | Nov 05 2020 03:15:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 14486973 | + | Email/Text: bkteam@selenefinance.com | Nov 05 2020 03:13:00 | SELENE FINANCE, 9990 RICHMOND, HOUSTON, TX 77042-4559 |
| 14486972 | + | Email/Text: bkteam@selenefinance.com | Nov 05 2020 03:13:00 | SELENE FINANCE, ATTN: BANKRUPTCY, PO BOX 422039, HOUSTON, TX 77242-4239 |
| 14486975 | + | Email/Text: bankruptcy@sw-credit.com | Nov 05 2020 03:14:00 | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY, CARROLLTON, TX 75007-1958 |
| 14486974 | + | Email/Text: bankruptcy@sw-credit.com | Nov 05 2020 03:14:00 | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY, SUITE 1100, CARROLLTON, TX 75007-1958 |
| 14486976 | | Email/PDF: cbp@onemainfinancial.com | Nov 05 2020 02:57:11 | SPRINGLEAF FINANCIAL S, PO BOX 969, EVANSVILLE, IN 47706 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | U.S. Bank National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14486955 | * | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14495376 | *+ | Internal Revenue Service, PO BOX 7317, Philadelphia, PA 19101-7317 |
| 14495375 | *+ | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14486953 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14486960 | *+ | PA Department of Revenue, Bureau of Compliance, Lien Section, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14486961 | *+ | PA Department of Revenue, Bureau of Compliance, Lien Section, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14486962 | *+ | PA Department of Revenue, Bureau of Compliance, Lien Section, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14486964 | * | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14486967 | *+ | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3544 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 41 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as Indenture Trustee for Legacy Mortgage Asset Trust 2019-GS4 bkgroup@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Irshard Karim bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>IRSHARD  KARIM | Chapter 13 |
| Debtor | Bankruptcy No. 20-11744-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 4, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Debtor:
IRSHARD  KARIM

5552 N. LAWRENCE STREET

PHILADELPHIA, PA 19120-